IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHEYNE ESTRADA,

        Plaintiff,

v.                                                                                          No. 1:24-cv-00871-KG-KK

THE CITY OF RIO RANCHO,
CHIEF STEWART STEELE
OFFICER CHRISTOPHER AULT, and
OFFICER JUSTIN SALIDO,

        Defendants.

ORDER

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Remand Case to the New Mexico Thirteenth Judicial District Court for Lack of Subject Matter Jurisdiction, Doc. 36, and the Court being duly advised, FINDS THAT the Stipulation is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that this Court does not have subject matter jurisdiction over Plaintiff's Second Amended Complaint because he now only brings state claims.

IT IS FINALLY ORDERED that the Clerk of this Court shall remand this matter to the State of New Mexico's Thirteenth Judicial District Court, No. D-1329-CV-2024-00449, shall notify the Clerk of the Thirteenth Judicial District Court of this Order, and shall submit all necessary paperwork with the Clerk of the Thirteenth Judicial District Court.

IT IS SO ORDERED.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

THE SOTO LAW OFFICE, LLC

*/s/ Ramón A. Soto*

Ramón A. Soto
Chandler K. Ballantine
6731 Academy Rd. NE
Suite B
Albuquerque, NM 87109
Office: (505) 273-4062
Fax: (505) 494-1092
ramon@thesotolawofficellc.com
chandler@thesotolawofficellc.com

SMITH AND MARJANOVIC LAW. LLC

*/s/ Taylor E. Smith*

Taylor E. Smith
PO Box 94207
Albuquerque, New Mexico 87199
Office: 505-510-4440
Fax: 505-557-1163
taylor@legalhelpnm.com

-&-

APPOINTED COUNSEL, LTD

*/s/ Camille Cordova*

Camille Cordova
300 Central Ave. SW
Suite 2500W
Albuquerque, NM 87102
Office: (505) 242-6255

*Attorneys for Plaintiff*

-&-

Mynatt Springer P.C.

*/s/ Haley Grant*

Haley Grant

Blaine Mynatt
1660 Hickory Lopp
Las Cruces, NM 88005
P.O. Box 2699
Las Cruces, NM 88004
Direct: (575) 222-4418
Fax: (575) 524-0726
hrg@mynattspringer.com
btm@mynattspringer.com
www.mynattspringer.com

*Attorney for Defendants*